UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: _____

BLUE BIRD MODERN, LLC, a Florida
limited liability company,

      Plaintiff,

v.

SKORPIO, LTD., a foreign corporation,

      Defendant.

_____/

### DEFENDANT SKORPIO, LTD.'S NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT Defendant Skorpio, Ltd. ("Skorpio") hereby files this notice of removal pursuant to 28 U.S.C. §§ 1441(b) and 1446(a) and in support thereof respectfully show the Court as follows:

### Procedural Background

1.    Plaintiff Bird Blue Bird, LLC ("Blue Bird") filed a complaint on June 19, 2014 (the "Complaint") in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida (the "Action").

2.    Skorpio has not been served but learned of the Complaint on or after June 24, 2014.

3.    This notice of consent to removal has been filed within the thirty-day time frame and is therefore timely under 28 U.S.C. § 1446(b).  True and correct copies of the Complaint and other documents in the state court's file in the Action are attached hereto as *Exhibit A*.  None of these papers have been served on Defendant.

## The Federal Court Has Removal Jurisdiction

4.     This action is removable pursuant to 28 U.S.C. §1441(a), because it is a civil action over which this court has original diversity jurisdiction under 28 U.S.C. §1332(a).  In this regard 28 U.S.C. §1332(a) states:

> (a) The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $ 75,000, exclusive of interest and costs, and is between—
> (1) citizens of different States;
> (2) citizens of a State and citizens or subjects of a foreign state…

28 U.S.C. §1332(a) (2005).

5.     In the instant case, complete diversity of citizenship existed at the time this action was commenced and complete diversity continues to exist.  Plaintiff, Blue Bird, is and was at all material times a limited liability company organized under the laws of the state of Florida with its principal place of business in Miami-Dade County, Florida.  Defendant, Skorpio, is a corporation organized under the laws of the Confederation of Switzerland with its principal place of business in Lugano, Switzerland.

6.     Moreover, the matter in controversy in this case exceeds the sum of $ 75,000.00 exclusive of interests and costs.

## Compliance with Procedural Requirements

7.     Skorpio first learned about the Complaint on or after June 24, 2014.

8.     This consent to notice of removal is timely pursuant to 28 U.S.C. § 1446(b) because it is filed within thirty days after Skorpio received a copy of the initial pleading.

9.     Defendant, Skorpio, has neither served any pleadings nor made any appearance or argument in the State Court Action.

10.     Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice is being provided to Plaintiff, and a copy of this Notice is being filed with the clerk of the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

11.     The undersigned has read this Notice of Removal.   To the best of the undersigned's knowledge, information and belief, formed after reasonable inquiry, this Notice of Removal is well grounded in fact, as warranty by existing law.   The undersigned also certifies that this Notice of Removal is not interposed for any improper purpose, such as to cause unnecessary delay or needles increase the cost of litigation.

12.     The Circuit Court of the Eleventh Judicial Circuit is located within the United States District Court for the Southern District of Florida. Therefore, venue is proper because it is the "district and division embracing the place where such action is pending."   28 U.S.C. §1441(a) and S.D. Fla. L.R. 3.1(F).

13.     By removing this action to this Court, Skorpio does not waive any defenses, objections, or motions available to it under state or federal law.

WHEREFORE, Defendant, Skorpio, Ltd., hereby gives notice and removes this action to the United States District Court for the Southern District of Florida and that no further proceedings be had in the State Court Action (Case No. 14-015980 CA 01 in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida) and for such other and further relief as this Court deems appropriate.

Respectfully submitted,

By: __/s Jorge Espinosa_____
      Jorge Espinosa
      Florida Bar No.  779032
      E-mail:  jespinosa@etlaw.com
      **ESPINOSA | TRUEBA PL**
      1428 Brickell Avenue, Suite 100
      Miami, FL  33131
      Telephone:     (305) 854-0900
      Facsimile:      (855) 854-0900

      and

      Jason A. Setchen, Esq.
      Florida Bar No. 0132330
      E-mail:  jason@jaslawfirm.com
      **JASON A. SETCHEN, P.A.**
      2601 South Bayshore Drive
      Suite 750
      Miami, FL  33133
      Tel:  (305) 446-0083
      Fax:  (305) 856-3033

      *Attorneys for Defendant Skorpio, Ltd.*

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on this 11th day of July, 2014, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By: /s/Jorge Espinosa
Jorge Espinosa

## SERVICE LIST

*Blue Bird Modern, LLC, v. Skorpio, Ltd.*
Case No. _____
United States District Court, Southern District of Florida

Jorge Espinosa, Esq.
jespinosa@etlaw.com
**ESPINOSA|TRUEBA, PL**
1428 Brickell Avenue, Suite 100
Miami, Florida  33131
Tel:   (305) 854-0900
Fax:   (855) 854-0900
*Attorneys for Defendant*
**Via CM/ECF**

Robert Zarco, Esq.
rzarco@zarcolaw.com
Robert M. Einhorn, Esq.
reinhorn@zarcolaw.com
Gabriel E. Estadella, Esq.
gestadella@zarcolaw.com
**ZARCO   EINHORN   SALKOWSKI   &
BRITO, P.A.**
Miami Tower
100 S.E. 2nd Street, Suite 2700
Miami, FL 33131
Tel:   (305) 374-5418
Fax:   (305) 374-5428
*Attorneys for Plaintiff*
**Via Mail**

Jason A. Setchen, Esq.
E-mail:  jason@jaslawfirm.com
**JASON A. SETCHEN, P.A.**
2601 South Bayshore Drive
Suite 750
Miami, FL  33133
Tel:  (305) 446-0083
Fax:  (305) 856-3033
*Attorneys for Defendant*
**Via CM/ECF**